IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM ALFONSO BREED,            ) | |
|                                   ) | 2:10-cv-00650-GEB-GGH |
|           Plaintiff,              ) | |
|                                   ) | |
|      v.                           ) | ORDER OF DISMISSAL |
|                                   ) | |
| CITY OF STOCKTON, a governmental  ) | |
| entity; THOMAS T. MORRIS, in his  ) | |
| capacity as Chief of Police for   ) | |
| CITY OF STOCKTON; ROBERT DUBOIS;  ) | |
| WALTER E. VANCIL; BENJAMIN        ) | |
| CROMWELL; MICHAEL T. SERNA; and   ) | |
| GRANT BEDFORD, individually, and  ) | |
| in their capacity as police       ) | |
| officers for CITY OF STOCKTON,    ) | |
|                                   ) | |
|           Defendants.             ) | |
| _____   ) | |

        An "Order Re Settlement and Disposition" was filed on April 6, 2012, which directed the parties to file a dispositional document no later than May 28, 2012. (ECF No. 28.) The April 6, 2012 Order notified the parties that the failure to timely file a dispositional document could lead to dismissal of the action. Id.

        Since no dispositional document has been filed, and the parties have not provided any reason for the continued pendency of this action, this action is dismissed without prejudice.

        IT IS SO ORDERED.

Dated:  May 31, 2012

                                                   GARLAND E. BURRELL, JR.
                                                   United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28